No. 10-6355. Antonio Santos, Petitioner v. United States.

562 U.S. 974, 131 S. Ct. 492, 178 L. Ed. 2d 311, 2010 U.S. LEXIS 7860.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 794.